UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES R. STILLWAGON,

    Plaintiff,

v.

THE CITY OF DELAWARE, et al.,

    Defendants.

Case No. 2:14-cv-807
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

---

JAMES R. STILLWAGON,

    Plaintiff,

v.

OFFICER JAMES AILES, et al.,

    Defendants.

Case No. 2:14-cv-1606
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff James R. Stillwagon represents that he inadvertently failed to file authenticating declarations in connection with three expert reports supporting his motions for summary judgment. Plaintiff now seeks leave to file the declarations. For good cause shown, and given that Defendants do not oppose the request, Plaintiff's Motion for Leave [807 ECF No. 226; 1606 ECF No. 212] to file the declarations is **GRANTED**.

Before Plaintiff filed his Motion for Leave, Defendants had moved to strike Plaintiff's three expert reports on the grounds that they were unsworn and unauthenticated. Defendants' Motion to Strike [807 ECF No. 215; 1606 ECF No. 202] is **DENIED AS MOOT** in light of the Court's present Order granting Plaintiff leave to file declarations in support of his expert reports.

**IT IS SO ORDERED.**

5-15-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE